9  UNITED STATES DISTRICT COURT

10  SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SHIRELING, an individual; and ANGELA SHIRELING, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | CASE NO. 17-cv-651-WQH-BGS<br><br>CASE NO. 18-cv-770-WQH-BGS<br><br>**ORDER GRANTING JOINT MOTION TO CONSOLIDATE**<br><br>Hon. William Q. Hayes |
| ALLSTATE NORTHBROOK INDEMNITY COMPANY AS SUBROGEE OF JOHN L. SHIRELING,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendants. | |

Having considered the parties' Joint Motion to Consolidate (ECF No. 16) in *Shireling v. United States*, Case No. 17-cv-651-WQH-BGS, and good cause appearing, the Court GRANTS the motion.

|   |   |
|---|---|
| 1 | IT IS HEREBY ORDERED that Case No. 17-cv-651-WQH-BGS is consolidated with Case No. 18-cv-770-WQH-BGS for all purposes. *Shireling v. United States*, Case No. 17-cv-651-WQH-BGS, shall be the lead case and all subsequent pleadings and motions shall be filed under that caption and case number. Plaintiffs shall file the Consolidated Complaint in the lead case within seven (7) days of the entry of this Order. The trial schedule for *Shireling v. United States*, Case No. 17-cv-651-WQH-BGS remains controlling. |

    IT IS FURTHER ORDERED that upon filing of the Consolidated Complaint, the Clerk of the Court shall administratively close *Allstate Northbrook Indemnity Co. v. United States*, Case No. 18-cv-770-WQH-BGS.

Dated: November 29, 2018

*/s/ William Q. Hayes*
Hon. William Q. Hayes
United States District Court